1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   SHAUN SMITH,                              No.  2:20-cv-2219 CKD P

12                 Plaintiff,

13        v.                                   ORDER AND

14   COUNTY OF SACRMENTO,                      FINDINGS AND RECOMMENDATIONS

15                 Defendants.

16

17        By order filed November 25, 2020, plaintiff's complaint was dismissed and thirty-days

18   leave to file an amended complaint was granted.  The thirty-day period has now expired, and

19   plaintiff has not filed an amended complaint.

20        Although it appears from the file that plaintiff's copy of the November 25, 2020 was

21   returned, plaintiff was properly served.  It is the plaintiff's responsibility to keep the court

22   apprised of his current address at all times.  Pursuant to Local Rule 182(f), service of documents

23   at the record address of the party is fully effective.

24        IT IS HEREBY ORDERED that the Clerk of the Court assign a district court judge to this

25   case; and

26        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  See

27   Local Rule 110; Fed. R. Civ. P. 41(b).

28   /////

1

1      These findings and recommendations are submitted to the United States District Judge

2  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

3  after being served with these findings and recommendations, plaintiff may file written

4  objections with the court.  The document should be captioned "Objections to Magistrate Judge's

5  Findings and Recommendations."  Plaintiff is advised that failure to file objections within the

6  specified time  waives the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d

7  1153 (9th Cir. 1991).

8  Dated:  January 11, 2021

9                                                                      _____
                                                                            CAROLYN K. DELANEY
10                                                                        UNITED STATES MAGISTRATE JUDGE

11

12

13  1
    smit2219.fta

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28